# United States District Court
# for the
# Eastern District of Michigan

U.S.A. vs. **Brandon Green**　　　　　　　　　　　　　　　Docket No. 20-20405

## Petition for Action on Conditions of Pretrial Release

　　COMES NOW Marie Serna, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant <u>Brandon Breen</u>, who was placed under pretrial release supervision by Honorable David R. Grand sitting in the court at <u>Detroit</u>, on <u>August 31, 2020</u>, under the following conditions:

1. Report to Pretrial Services as directed
2. Travel restricted to Eastern District of Michigan without permission of Pretrial Services or the Court
3. Not possess a firearm, destructive device, or other dangerous weapons
4. Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner
5. Drug testing as directed by Pretrial Services
6. Drug treatment as directed by Pretrial Services
7. Participate in Location Monitoring with Home Incarceration as directed by Pretrial Services
8. Submit to location monitoring as directed by Pretrial Services, pay the cost based upon your ability to pay, active GPS monitoring
9. Zero tolerance for any violations while on bond

On September 28, 2020, Your Honor was informed the defendant left his residence without permission on September 21, 2020. The location monitoring requirements of home incarceration were explained to the defendant.

**Respectfully presenting petition for action of court and for cause as follows**:

On October 4, 2020, the defendant left the residence without permission from 17:56 to 18:14. When asked why he left the residence, the defendant indicated he went outside to smoke because his one-year old nephew was visiting. This officer again reviewed with the defendant he is not to leave the residence for any reason except medical purposes.

A NCIC query did not indicate any new criminal activity.

Due to the defendant's second unauthorized leave while on home incarceration, and the condition of zero tolerance for any violations while on bond, Pretrial Services is requesting a hearing.

Contact has been initiated with Assistant United States Attorney, Hank Moon and defense counsel, Wyatt G. Harris, to advise that Pretrial Services would be requesting a bond review hearing in view of the above.

**PRAYING THAT THE COURT WILL ORDER a Bond Review Hearing to be held on**

October 14, 2020 , at _____ a.m. 2:00 p.m. so that

**Mr. Green may answer as to why his bond should not be canceled in this matter.**

|  |  |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this 8th day of October, 20 20 and ordered filed and made a part of the records in the above case. | Executed on October 6, 2020 |
| s/ David M. Lawson | /s/ Marie Serna    *Marie Serna* |
| Honorable David M. Lawson | Marie Serna |
| United States District Judge | United States Pretrial Services Officer |
|  | Place: Detroit, Michigan |
|  | Date: October 6, 2020 |