# United States District Court
# for the
# Eastern District of Michigan

U.S.A. vs. **Brandon Green**  Docket No. 20-20405

## Petition for Action on Conditions of Pretrial Release

COMES NOW Marie Serna, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant <u>Brandon Breen</u>, who was placed under pretrial release supervision by Honorable David R. Grand sitting in the court at <u>Detroit</u>, on <u>August 31, 2020</u>, under the following conditions:

1. Report to Pretrial Services as directed
2. Travel restricted to Eastern District of Michigan without permission of Pretrial Services or the Court
3. Not possess a firearm, destructive device, or other dangerous weapons
4. Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner
5. Drug testing as directed by Pretrial Services
6. Drug treatment as directed by Pretrial Services
7. Participate in Location Monitoring with Home Incarceration as directed by Pretrial Services
8. Submit to location monitoring as directed by Pretrial Services, pay the cost based upon your ability to pay, active GPS monitoring
9. Zero tolerance for any violations while on bond

On October 14, 2020, the defendant appeared in court before Your Honor for the purpose of a Bond Violation Hearing. The defendant's bond was continued with all previous conditions in effect and the added condition of the defendant may meet with his attorney with advance permission of Pretrial Services. Your Honor noted any further violations would be revocation of bond.

**Respectfully presenting petition for action of court and for cause as follows**:

On January 7, 2021, at 6:44 p.m., the defendant cut his tether off and fled the scene of his apartment. Per contact with the Southfield Police Department, 911 was called by the defendant's mother and third-party custodian, Desiree Green, after the defendant stabbed her, cut the tether, and fled the home. Ms. Green has been transported to the hospital. The defendant's current whereabouts are unknown.

Due to the expedited request of the warrant, a police report is not available at this time.

Contact has been initiated with Assistant United States Attorney, Hank Moon and defense counsel, Sanford Shulman, to advise that Pretrial Services would be requesting a warrant and bond cancellation for the defendant.

**PRAYING THAT THE COURT WILL ORDER THE CANCELLATION OF BOND, AND A WARRANT BE ISSUED FOR THE DEFENDANT'S ARREST.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this __7th__ day of __January__, 20 __21__ and ordered filed and made a part of the records in the above case. | Executed on January 7, 2021 |
| s/ David M. Lawson <br> Honorable David M. Lawson <br> United States District Judge | /s/ Marie Serna  *Marie Serna* <br> Marie Serna <br> United States Pretrial Services Officer <br><br> Place: Detroit, Michigan <br><br> Date: January 7, 2021 |